# Order

Michigan Supreme Court
Lansing, Michigan

September 6, 2011

142707-8

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MARY CLARE LEE,
     Defendant-Appellant.

SC: 142707
COA: 294136
Wayne CC: 08-002778-FH

_____/

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MARY CLARE LEE,
     Defendant-Appellant.

SC: 142708
COA: 294137
Wayne CC: 08-019492-FH

_____/

On order of the Court, the application for leave to appeal the October 21, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

_____
Clerk

t0829